**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

CV 02-469 RHK/JMM

vs.

**ORDER**

DEBORAH J O'CONNOR

Defendant.

---

This action having been filed three months or more, and service not yet perfected, this court must assume this case has been settled, therefore,

Unless plaintiff's counsel provides this court with a summons served upon all parties within 20 days of this date, this case will be dismissed.

Dated: June 19, 2002

**RICHARD H. KYLE**, Judge
United States District Court

JUN 1 9 2002
FILED ________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________