02-469 RHK/AJB

The Garnishee sent the original Answer of Garnishee, by first-class mail, to :

Clerk of United States District Court
202 Federal Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415

Remay Robt S Cox
Garnishee

SUBSCRIBED and SWORN to before me this

1st day of July, 2004.

Amy L Moore
NOTARY PUBLIC

AMY L. MOORE
NOTARY PUBLIC - MINNESOTA
My Commission Expires 1-31-2005

SCANNED
JUL 02 2004
U.S. DISTRICT COURT MPLS