UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 02-469 RHK/AJB

UNITED STATES OF AMERICA, Plaintiff,

v.

DEBORAH O'CONNOR, Defendant,

REMAX OF ROCHESTER, Garnishee.

**GARNISHMENT ORDER**

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant is no longer an employee.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on June 30, 2004, is hereby released.

Dated: July 13, 2004.

s/ Arthur J. Boylan
Magistrate Judge
United States District Court