UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 02-469 RHK/AJB

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) **GARNISHMENT ORDER**
)
DEBORAH O'CONNOR, )
)
Defendant, )
)
FIRST FEDERAL, )
)
Garnishee. )

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant has no funds in her bank accounts.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on February 17, 2006, is hereby released.

Dated: February 27, 2006

s/ Arthur J. Boylan

Magistrate Judge
United States District Court