UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 02-469 RHK/AJB

UNITED STATES OF AMERICA,

Plaintiff,

v.

DEBORAH O'CONNOR,

Defendant,

THINK FEDERAL CREDIT UNION,

Garnishee.

**GARNISHMENT ORDER**

TO: Deborah O'connor, defendant at XXX, Kasson, MN 55944-1331 and Think Federal Credit Union, garnishee at 5200 Members Parkway N.W., Rochester, MN 55901

A Writ of Continuing Garnishment was duly issued by this Court and personally served on the garnishee on or about February 17, 2006.

Pursuant to the Writ of Continuing Garnishment, the garnishee filed an Answer with this Court on or about February 21, 2006. In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee, had, and continues to have, in its possession and under its control, personal property belonging to and due the defendant, in the form of bank accounts in the amounts of $129.12 in savings.

On or about February 17, 2006, the defendant was personally served with notice of his or her right to a hearing as to this

garnishment action. The defendant has not requested such a hearing.

THEREFORE, IT IS ORDERED, that the garnishee pay to the plaintiff, in care of the Financial Litigation Unit, United States Attorney's Office, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, with checks or money orders made payable to the "U.S. Department of Justice," all property of the judgment debtor in their possession, custody or control, as levied upon the Writs of Continuing Garnishment served on February 17, 2006, plus any additional funds deposited from the date of service of the Writs of Continuing Garnishment to the date of this order, up to the full amount of the debt.

Dated: March 27, 2006

s/ Arthur J. Boylan
Magistrate Judge
United States District Court